*Jacob K. Javits, Attorney-General (Daniel M. Cohen* and *James O. Moore, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of WILLIAM T. WHALEN, Respondent, against GEORGE P. MONAGHAN et al., Constituting the Board of Trustees of the Police Pension Fund of the City of New York, Appellants.

Argued November 17, 1955; decided December 28, 1955.

*Peter Campbell Brown, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*A. Bernard King* and *Edward H. Freiberger* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.

In the Matter of FRANCIS A. O'HARA, Respondent, against GEORGE P. MONAGHAN et al., Constituting the Board of Trustees of the Police Pension Fund, et al., Appellants.

Argued November 17, 1955; decided December 28, 1955.